# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CATHERINE M. RIGA,**

    **Plaintiff,**

**-vs-**                                      **Case No. 6:08-cv-2023-Orl-28GJK**

**CURASCRIPT PHARMACY, INC.,
EXPRESS SCRIPTS, INC.**

    **Defendants.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion for Permission to Appeal in Forma Pauperis (Doc. No. 53) filed May 7, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of "Plaintiff's Response to Court's Report and Recommendation" (Doc. No. 57)[1], the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 17, 2010 (Doc. No. 56) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Permission to Appeal in Forma Pauperis (Doc. No. 53) is **DENIED**.

---

[1] Plaintiff's response does not object to the Report and Recommendation but rather states that she now has the filing fees to cover the Notice of Appeal.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___21st___ day of July, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge